### Charles AZARIAN

v.

### TOWN COUNCIL OF TOWN OF RICHMOND.

No. 82–335–M.P.

Supreme Court of Rhode Island.

Feb. 18, 1983.

Stephen Lichatin III, Providence, for petitioner.

Edward H. Torgen, North Kingstown, for respondent.

## ORDER

This matter was before the court on February 9, 1983, on an order previously issued to the respondent to show cause why this court's decision in *Sambo's of Rhode Island, Inc. v. McCanna,* R.I., 431 A.2d 1192 (1981) is not dispositive of the instant petition of certiorari.

The respondent conceded at oral argument that the case should be remanded to the Town Council.

The order of the Town Council is quashed and the case is remanded to the Town Council for a hearing with an order to articulate their findings of fact.

### Daniel CARRASCO

v.

### DIMEO CONSTRUCTION CO.

No. 82–288–Appeal.

Supreme Court of Rhode Island.

Feb. 18, 1983.

Raul L. Lovett, Providence, for petitioner.

George E. Healey, Jr., Providence, for respondent.

## ORDER

This matter was heard on February 15, 1983, before a three-member panel of this court on an order previously issued to petitioner Daniel Carrasco to show cause why this appeal should not be dismissed. The petitioner appeals from a decree of the Workers' Compensation Commission terminating his benefits for total disability as of February 11, 1980.

After hearing the arguments of counsel and considering petitioner's memorandum, we are of the opinion that cause has not been shown. Legally competent evidence exists in the record to support the Commission's finding that petitioner's disability ended February 11, 1980, and this court is therefore bound by that finding. *See Kaiser Aluminum & Chemical Corp. v. Puniello,* R.I., 422 A.2d 746 (1980).

Accordingly, petitioner's appeal is denied and dismissed.

WEISBERGER and SHEA, JJ., did not participate.